**Electronically Filed
Supreme Court
SCWC-13-0005700
07-MAY-2015
11:50 AM**

SCWC-13-0005700

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MATTHEW LAWSON, Petitioner/Appellant/Appellant,

vs.

ATTORNEY GENERAL, Respondent/Appellee/Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005700; CIV. NO. 13-1-1331)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant/Appellant Matthew Lawson's application for writ of certiorari filed on March 30, 2015, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, May 7, 2015.

Matthew Lawson
petitioner pro se

Marissa Luning
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

